Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

_Central_ District of _California_

_Southern_ Division



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT - 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _DTA_    DEPUTY

LN

NoCV30

_Arturo Michael Amezcua_

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

–v–

_citibank, Wells Fargo Bank, Credit one Bank, Discover Bank_

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _8:21cv1640-JVS-JDEx_

_(to be filled in by the Clerk's Office)_

## COMPLAINT AND REQUEST FOR INJUNCTION

I.  **The Parties to This Complaint**

  A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                 _Arturo Michael Amezcua_
   Street Address       _7645 El Capitan Way_
   City and County      _Buena Park, Orange_
   State and Zip Code   _CA, 90620_
   Telephone Number     _657-377-7873_
   E-mail Address       _☉ Artmamezcua on gmail.com_

  B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name    CitiBank
Job or Title *(if known)*
Street Address   5800 S. Corporate place
City and County   Sioux Falls
State and Zip Code   SD, 57108
Telephone Number
E-mail Address *(if known)*

Defendant No. 2

Name    Wells Fargo Bank
Job or Title *(if known)*
Street Address   PO Box 14517
City and County   Des Moines
State and Zip Code   IA, 50306
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name    Credit One Bank
Job or Title *(if known)*
Street Address   PO Box 98876
City and County   Las Vegas
State and Zip Code   NV, 89193
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name    Discover Bank
Job or Title *(if known)*
Street Address   PO Box 30943
City and County   Salt Lake City
State and Zip Code   UT, 84130
Telephone Number
E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Truth In Lending Act | Fair Dept Collection practices Act
15 USC 1602 (v) | 15 USC 1692(c)
15 USC 1605 (a) | 15 USC 1692(e)
| 15 USC 1692(g)

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*                              , is a citizen of the State of *(name)*

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                              , is incorporated under the laws of the State of *(name)*

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                              , is a citizen of the State of *(name)*                        .  Or is a citizen of *(foreign nation)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.   If the defendant is a corporation

         The defendant, *(name)*                     , is incorporated under

         the laws of the State of *(name)*                  , and has its

         principal place of business in the State of *(name)*

         Or is incorporated under the laws of *(foreign nation)*

         and has its principal place of business in *(name)*

       *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.   The Amount in Controversy

       The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

   A.   Where did the events giving rise to your claim(s) occur? through the mail

On 8/24 I sent the listed corporation a cease and desist letter asking them to provide me with the following:
1. Material disclosures
2. name and address of the original creditor
3 The amount of the finance charge.

   B.   What date and approximate time did the events giving rise to your claim(s) occur?

On 8/24 I asked for material disclosures via USPS mail service.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

per federal law when a consumer asks for material disclosures, the amount of the finance charge, the name and address of the original creditor the corporations should provide one with that information which is vital to a consumers finances.

I sent the corporation a cease and desist asking them to provide with me with thes disclosures and until this day they have not responded.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

It doesn't make sense to be compensated for something that already happened the damyages have been done to me already.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

CitiBank
2 accounts with damages of 7 violations equaling out to be $14,000

Wells Fargo Bank
2 accounts with damages of 7 violations equaling out to be $14,00

Credit One Bank
1 account with damages of 7 violations equaling out to be $7,000

Discover Bank
1 account with damages of 7 violations equaling out to be $7,000

total amount of damages = $42,000

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10/3/21

Signature of Plaintiff

Printed Name of Plaintiff    Arturo Michael Amezcua

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## Consumers Explanation for Complaint

This is a breakdown of the paperwork I have submitted.
First you will find that this complaint involves 4 corporations
and the account(s) I have open with each corporation listed
below.

**1. CITIBANK:**
Account ending in ***3080***
Account ending in ***7268***

**2. WELLS FARGO BANK:**
Account ending in ***3242***
Account ending in ***6569***

**3. CREDITONE BANK:**
Account ending in ***2563***

**4. DISCOVER BANK:**
Account ending in ***5963***

For easier understanding you can use this page as a guide.
I have organized the entirety of this complaint and exhibits
provided within the order listed above.

On 8/24/21 I sent each corporation a cease and desist letter
asking them to provide me with specific disclosures with
proof via green return receipt. I didn't get a response.
On the same day 8/24/21 I sent all corporations listed a
validation of debt letter asking them to provide me the name

and address of the original creditor with proof via green return receipt. I didn't get a response.

On 9/13/21 I sent the 4 corporations an affidavit of truth and exhibits with proof via green return receipt showing how they are violating me pursuant to federal law. I didn't get a response.

On the same day 9/13/21 with the affidavit of truth I sent an opportunity to cure letter with proof via green return receipt further explaining that I haven't heard from them and that I would take legal matters to follow.

As you can see I have done everything in my power to try and settle this matter out of court but the corporations listed are not willing to cooperate.

THIS PAGE INTENTIONALLY  LEFT BLANK

# 1. AFFIDAVIT OF TRUTH

## Arturo M Amezcua
## SSN (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)
## Email: artmamezcua@gmail.com

**2.** Be it known to all, I am the natural living flesh and blood man, the consumer in fact, natural person, original creditor, lendor, executer, administrator, holder in due course for any and all derivatives thereof for the surname/given name Amezcua, Michael, Arturo and I have been appointed and accept being the executor both public and private for all matters proceeding, and i hereby claim that i will do business as AMEZCUA, MICHAEL, ARTURO  and autograph as the agent, attorney in fact, so be it;

**3.** Whereas, I of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, who ever that may be, and i depose the following facts, so be it, now present:

**4.** Fact, I engaged in a consumer credit transaction with the entities; **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK** to obtain one or more credit cards.

  I Amezcua, Arturo-Michael, am the consumer in fact pursuant to 15 USC 1692a (3), and agree with The Congress to eliminate abusive debt collection practices by debt collectors, and to promote consistent state action to protect consumers like me against debt collection abuses which **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK** is attempting to do **Pursuant to 15 U.S. § Code 1692(e) (10);**


  You **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK** shall also know that the term debt defined under **15 U.S. Code § 1692a (5)** comprehensively states that it means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the

money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes;

Notice that you **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK** are defined as a debt collector **Pursuant to 15 U.S. Code § 1692 (6)** which states that a debt collector is any person who uses any instrumentality of interstate commerce via mail and is engaged in the principal purpose of collecting a debt(obligation) which you are attempting to do by obligating me to pay a statement on a specific date that you have sent through the mail across state lines;

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A that **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK** is in violation of 15 USC 1602 (v);

Fact, affiant is aware and has proof in the attachment labeled as Exhibit B that **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK** is in violation of 15 USC 1605 (a);

Fact, affiant is aware and has proof in the attachment labeled as Exhibit C that **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK** is in violation of 15 USC 1692e (2) (a);

Fact, affiant is aware and has proof in the attachment labeled as Exhibit D that **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK** is in violation of 15 USC 1692e (10);

Fact, affiant is aware and has proof in the attachment labeled as Exhibit E that **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK** is in violation of 15 USC 1692g (5);

Fact, affiant is aware and has proof in the attachment labeled as Exhibit F that **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK** is in violation of 15 USC 1692c (c);

Fact, affiant is aware and has proof in the attachment labeled as Exhibit G that
**CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER
BANK** is in violation of 15 USC 1640 (a);

### *TERMS DEFINED*

*The term "__communication__" means the conveying of information regarding
a debt directly or indirectly to __any person through any medium__.*

*The term "__consumer__" means __any natural person__ obligated or allegedly obligated
to pay any debt.*

*The term "__debt__" __means any obligation or alleged obligation__ of a consumer to pay
money arising out of a transaction in which the money, property, insurance, or
services which are the subject of the transaction are primarily for personal, family,
or household purposes, whether or not such obligation has been reduced to
judgment.*

*The term "__debt collector__" __means any person who uses any instrumentality of
interstate commerce or the mails in any business the principal purpose of which is
the collection of any debts, or who regularly collects__ or attempts to collect, directly
or indirectly, debts owed or due or asserted to be owed or due another.
Notwithstanding the exclusion provided by clause (F) of the last sentence of this
paragraph, the term includes any creditor who, in the process of collecting his
own debts, uses any name other than his own which would indicate that a third
person is collecting or attempting to collect such debts. For the purpose of section
1692f(6) of this title, such term also includes any person who uses any
instrumentality of interstate commerce or the mails in any business the principal
purpose of which is the enforcement of security interests.*

*The term "__due__" means owing as a __debt__.*

**5**. I swear to all information provided herein, I do so under the penalty of perjury
that the information I so affirm to be true, correct, accurate to the best of my ability
and knowledge, so be it,

Arturo Micheal Amezcua

Signature _Arturo Michael Amezcua_____

Sworn to affirmed by and subscribed before me on the ____9th____ day of___September___, Year 2021,

Joshua Jones
_____ Notary Name

_____ Notary Signature

Notary Seal:

NOTARY PUBLIC
STATE OF TEXAS

Joshua Jones
ID NUMBER
132035778
COMMISSION EXPIRES
June 3, 2023

Notarized online using audio-video communication

# EXHIBIT A

From the documents i have attached im providing proof that **CITIBANK,
WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK** is in
violation of **15 USC 1602 (v) Material Disclosures** which I have asked for but
never received them these material disclosures should include:

**The Annual Percentage Rate**
**The method of determining the finance charge**
**The balance upon which a finance charge will be imposed**

These material disclosures are required to be provided to the consumer pursuant
the Truth In Lending Act. I have attached a cease and desist letter with my
specified remedy pursuant to 15 USC 1692c (c) (2) asking for these disclosures
which they have received with proof of delivery from the United States Postal
Service, I have asked CITIBANK, WELLS FARGO BANK, CREDITONE
BANK, DISCOVER BANK for these disclosures they have received my request
but have not delivered.

**CITIBANK**

# CEASE AND DESIST

Pursuant to 15 USC 1692c (c). I am notifying you in writing that I refuse to pay this alleged debt from the account(s) listed below.

Account # ending in 3080

Account # ending in 7268

I have listed all my demands below. If I don't see any of the following done I will take legal matters to follow.

***Pursuant to 15 USC 1692c (c) (2)- MAter and I am demanding all of the following:***

Pursuant to 15 USC 1692g (5) Upon the consumer's written request, I am asking that you provide me with the name and address of the **ORIGINAL CREDITOR**, if different from the current creditor.

Pursuant to 15 USC 1602 (v) I'm asking for "material disclosures" as required by The Truth In Lending Act these 3 things:

**Annual Percentage Rate**

**The method of determining the finance charge**

**The balance upon which a finance charge will be imposed.**

Pursuant to 15 USC 1605 I need to know the **amount of the finance charge** in connection with this consumer credit transaction.

Pursuant to 15 USC 1602 (j) make this credit card(s) an open end credit plan (no determined limit).

Zero out any and all balances I have on any and all consumer credit reporting agencies you have furnished this alleged debt to.

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Best regards,

Arturo Michael Amezcua           Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Citi Bank Legal Services
5800 S. Corporate Place
Sioux Falls, SD, 57108

9590 9402 6796 1074 6421 34

2. Article Number (Transfer from service label)

021 0350 0000 8512 6439

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 6796 1074 6421 34

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua          CB
7645 El Capitan Way
Buena Park CA 90620

## WELLS FARGO BANK    CEASE AND DESIST

Pursuant to 15 USC 1692c (c). I am notifying you in writing that I refuse to pay
this alleged debt from the account(s) listed below.

Account # ending in 3242

Account # ending in 6569

I have listed all my demands below. If I don't see any of the following done I will
take legal matters to follow.

***Pursuant to 15 USC 1692c (c) (2)- MAter and I am demanding all of the
following:***

Pursuant to 15 USC 1692g (5) Upon the consumer's written request, I am asking
that you provide me with the name and address of the **ORIGINAL CREDITOR**,
if different from the current creditor.

Pursuant to 15 USC 1602 (v) I'm asking for "material disclosures" as required by
The Truth In Lending Act these 3 things:

**Annual Percentage Rate**
**The method of determining the finance charge**
**The balance upon which a finance charge will be imposed.**

Pursuant to 15 USC 1605 I need to know the **amount of the finance charge** in
connection with this consumer credit transaction.

Pursuant to 15 USC 1602 (j) make this credit card(s) an open end credit plan (no
determined limit).

Zero out any and all balances I have on any and all consumer credit reporting
agencies you have furnished this alleged debt to.

Pay the attached invoice and compensate me for every violation labeled in the
attached exhibits.

Best regards,

_____          8/24/21
Arturo Michael Amezcua                    Date

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

. Article Addressed to:

Wells Fargo Bank
PO Box 14517
Des Moines, IA, 50306

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No



9590 9402 6796 1074 6421 41

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery
   (over $500)

☑ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

. Article Number (Transfer from service label)

7021 0350 0000 8512 6422

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt

---

USPS TRACKING #

9590 9402 6796 1074 6421 41

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Americas
7645 El Capitan Way
Buena Park CA 90620

**CREDITONE BANK**          CEASE AND DESIST

Pursuant to 15 USC 1692c (c). I am notifying you in writing that I refuse to pay this alleged debt from the account(s) listed below.

Account # ending in 2563

Account # ending in _____

I have listed all my demands below. If I don't see any of the following done I will take legal matters to follow.

***Pursuant to 15 USC 1692c (c) (2)- MAter and I am demanding all of the following:***

Pursuant to 15 USC 1692g (5) Upon the consumer's written request, I am asking that you provide me with the name and address of the **ORIGINAL CREDITOR**, if different from the current creditor.

Pursuant to 15 USC 1602 (v) I'm asking for "material disclosures" as required by The Truth In Lending Act these 3 things:
**Annual Percentage Rate**
**The method of determining the finance charge**
**The balance upon which a finance charge will be imposed.**

Pursuant to 15 USC 1605 I need to know the **amount of the finance charge** in connection with this consumer credit transaction.

Pursuant to 15 USC 1602 (j) make this credit card(s) an open end credit plan (no determined limit).

Zero out any and all balances I have on any and all consumer credit reporting agencies you have furnished this alleged debt to.

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Best regards,

_____          8/24/21
Arturo Michael Amezcua                     Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)  SUAS

C. Date of Delivery  8-3-21

1. Article Addressed to:

*Credit One Bank*

*PO Box 98876*

*Las Vegas, NV, 89193*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

9590 9402 6796 1074 6421 58

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7021 0350 0000 8512 6415

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

---

USPS TRACKING #

LAS VEGAS NV 890
31 AUG 2021 PM 4 L

9590 9402 6796 1074 6421 58

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

*Arturo M. Amezcua*

*7645 El Capitan Way*

*Buena Park CA 90620*

**DISCOVER BANK**      # CEASE AND DESIST

Pursuant to 15 USC 1692c (c). I am notifying you in writing that I refuse to pay this alleged debt from the account(s) listed below.

Account # ending in  5963

Account # ending in  _____

I have listed all my demands below. If I don't see any of the following done I will take legal matters to follow.

*Pursuant to 15 USC 1692c (c) (2)- MAter and I am demanding all of the following:*

Pursuant to 15 USC 1692g (5) Upon the consumer's written request, I am asking that you provide me with the name and address of the **ORIGINAL CREDITOR**, if different from the current creditor.

Pursuant to 15 USC 1602 (v) I'm asking for "material disclosures" as required by The Truth In Lending Act these 3 things:
**Annual Percentage Rate**
**The method of determining the finance charge**
**The balance upon which a finance charge will be imposed.**

Pursuant to 15 USC 1605 I need to know the **amount of the finance charge** in connection with this consumer credit transaction.

Pursuant to 15 USC 1602 (j) make this credit card(s) an open end credit plan (no determined limit).

Zero out any and all balances I have on any and all consumer credit reporting agencies you have furnished this alleged debt to.

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Best regards,

_____                    8/24/21

Arturo Michael Amezcua                              Date

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



Discover Bank
PO Box 30943
Salt Lake City, UT, 8418

9590 9402 6796 1074 6421 65

2. Article Number *(Transfer from service label)*

021 0350 0000 8512 6408

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X AC
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
SEP 0 2 2021

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 6796 1074 6421 65

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua
7645 El Capitan
Buena Park CA 90620

# EXHIBIT B

From the documents I have attached I am providing proof that **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK**, is in violation of 15 USC 1605 (a) Finance Charge defined. I have asked for the method on how they determined the finance charge pursuant to 15 USC 1602 (v) material disclosures and for the amount of the finance charge in my cease and desist letter due to it being very important when it comes to a consumer's finances. This Information that is required pursuant to the Truth In Lending Act and shall be disclosed **clearly and conspicuously with the consumer**. As a consumer you are only supposed to be charged the finance charge as it is the **"THE SUM OF ALL CHARGES"** which is the **TOTAL** amount. The finance charge should include **interest charges** and **any additional charges**. This is a big factor why these financial institutions need to provide me with the amount of the finance charge so I would have a better understanding of what was included for that is all that I owe, anything else I'm being charged for outside of the finance charge is a violation, if i'm being charged interest or any additional charges those are violations for they should be included in the finance charge. I have attached a cease and desist letter with my specified remedies asking for the amount of the finance charge which they have received with proof of delivery from the United States Postal Service pursuant to 15 USC 1692c (c) (2), I have asked **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK** for the finance charge amount they have received my request but have not delivered

**CITIBANK**

# CEASE AND DESIST

Pursuant to 15 USC 1692c (c). I am notifying you in writing that I refuse to pay this alleged debt from the account(s) listed below.

Account # ending in 3080

Account # ending in 7268

I have listed all my demands below. If I don't see any of the following done I will take legal matters to follow.

***Pursuant to 15 USC 1692c (c) (2)- MAter and I am demanding all of the following:***

Pursuant to 15 USC 1692g (5) Upon the consumer's written request, I am asking that you provide me with the name and address of the **ORIGINAL CREDITOR**, if different from the current creditor.

Pursuant to 15 USC 1602 (v) I'm asking for "material disclosures" as required by The Truth In Lending Act these 3 things:

**Annual Percentage Rate**

**The method of determining the finance charge**

**The balance upon which a finance charge will be imposed.**

Pursuant to 15 USC 1605 I need to know the **amount of the finance charge** in connection with this consumer credit transaction.

Pursuant to 15 USC 1602 (j) make this credit card(s) an open end credit plan (no determined limit).

Zero out any and all balances I have on any and all consumer credit reporting agencies you have furnished this alleged debt to.

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Best regards,

Arturo Michael Amezcua                    Date

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
 _____ ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Roslina

1. Article Addressed to:

Citi Bank Legal Services
5800 S. Corporate Place
Sioux Falls, SD, 57108

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6796 1074 6421 34

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
0210 0350 0000 8512 6439

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

USPS TRACKING #

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 6796 1074 6421 34

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box*

Arturo M. Amezcua          CB
7645 El Capitan Way
Buena Park CA 90620

**WELLS FARGO BANK**  # CEASE AND DESIST

Pursuant to 15 USC 1692c (c). I am notifying you in writing that I refuse to pay this alleged debt from the account(s) listed below.

Account # ending in 3242

Account # ending in 6569

I have listed all my demands below. If I don't see any of the following done I will take legal matters to follow.

***Pursuant to 15 USC 1692c (c) (2)- MAter and I am demanding all of the following:***

Pursuant to 15 USC 1692g (5) Upon the consumer's written request, I am asking that you provide me with the name and address of the **ORIGINAL CREDITOR**, if different from the current creditor.

Pursuant to 15 USC 1602 (v) I'm asking for "material disclosures" as required by The Truth In Lending Act these 3 things:

**Annual Percentage Rate**

**The method of determining the finance charge**

**The balance upon which a finance charge will be imposed.**

Pursuant to 15 USC 1605 I need to know the **amount of the finance charge** in connection with this consumer credit transaction.

Pursuant to 15 USC 1602 (j) make this credit card(s) an open end credit plan (no determined limit).

Zero out any and all balances I have on any and all consumer credit reporting agencies you have furnished this alleged debt to.

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Best regards,

_____                    8/24/21
Arturo Michael Amezcua                        Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



Wells Fargo Bank
PO Box 4517
Des Moines, IA 50306

9590 9402 6796 1074 6421 41

2. Article Number *(Transfer from service label)*

7021 0350 0000 8512 6422

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 6796 1074 6421 41

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua
7645 El Capitan Way
Buena Park CA 90620

**CREDITONE BANK**                      # CEASE AND DESIST

Pursuant to 15 USC 1692c (c). I am notifying you in writing that I refuse to pay this alleged debt from the account(s) listed below.

Account # ending in 2563

Account # ending in _____

I have listed all my demands below. If I don't see any of the following done I will take legal matters to follow.

*Pursuant to 15 USC 1692c (c) (2)- MAter and I am demanding all of the following:*

Pursuant to 15 USC 1692g (5) Upon the consumer's written request, I am asking that you provide me with the name and address of the **ORIGINAL CREDITOR**, if different from the current creditor.

Pursuant to 15 USC 1602 (v) I'm asking for "material disclosures" as required by The Truth In Lending Act these 3 things:
**Annual Percentage Rate**
**The method of determining the finance charge**
**The balance upon which a finance charge will be imposed.**

Pursuant to 15 USC 1605 I need to know the **amount of the finance charge** in connection with this consumer credit transaction.

Pursuant to 15 USC 1602 (j) make this credit card(s) an open end credit plan (no determined limit).

Zero out any and all balances I have on any and all consumer credit reporting agencies you have furnished this alleged debt to.

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Best regards,

_____        8/24/21

Arturo Michael Amezcua                   Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Credit One Bank
PO Box 98876
Las Vegas, NV, 89193

|||||||||||||||||||||||||||||||||||
9590 9402 6796 1074 6421 58

2. Article Number *(Transfer from service label)*

7021 0350 0000 8512 6415

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                      ☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery
                                       8-30-21

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery   Delivery
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation
☐ Insured Mail                          Restricted Delivery
☐ Insured Mail Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

USPS TRACKING #

LAS VEGAS NV 890
30 AUG 2021 PM 4 L

|||||||||||||||||||||||||||||||
9590 9402 6796 1074 6421 58

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua
7645 El Capitan Way
Buena Park CA 90620

**DISCOVER BANK**          CEASE AND DESIST

Pursuant to 15 USC 1692c (c). I am notifying you in writing that I refuse to pay this alleged debt from the account(s) listed below.

Account # ending in 5963

Account # ending in _____

I have listed all my demands below. If I don't see any of the following done I will take legal matters to follow.

***Pursuant to 15 USC 1692c (c) (2)- MAter and I am demanding all of the following:***

Pursuant to 15 USC 1692g (5) Upon the consumer's written request, I am asking that you provide me with the name and address of the **ORIGINAL CREDITOR**, if different from the current creditor.

Pursuant to 15 USC 1602 (v) I'm asking for "material disclosures" as required by The Truth In Lending Act these 3 things:

**Annual Percentage Rate**

**The method of determining the finance charge**

**The balance upon which a finance charge will be imposed.**

Pursuant to 15 USC 1605 I need to know the **amount of the finance charge** in connection with this consumer credit transaction.

Pursuant to 15 USC 1602 (j) make this credit card(s) an open end credit plan (no determined limit).

Zero out any and all balances I have on any and all consumer credit reporting agencies you have furnished this alleged debt to.

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Best regards,

Arturo Michael Amezcua                    Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



Discover Bank
PO Box 30943
Salt Lake City, UT, 8418

9590 9402 6796 1074 6421 65

2. Article Number (Transfer from service label)

7021 0350 0000 8512 6408

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X AC

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

SEP 0 2 2021

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 6796 1074 6421 65

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua
7645 El Capitan
Buena Park CA 90620

# EXHIBIT C

From the documents I have attached I am providing proof that **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK**, is in violation of 15 USC 1692e (2) (a) The false representation of the character amount of any debt. As you can see from the documents provided every statement attached has been in a positive amount, now if i really owed something shouldn't it come in a negative amount? If I owe $100 and pay the $100 I would have $200 making the amount go up. Now if the amount came in a Negative -$100 and I paid the $100 it would definitely make sense because the amount would zero out. This is why I can't pay on a positive balance

# Citi® Double Cash Card



**ARTURO M AMEZCUA SR**
Member Since 2019  Account number ending in: **3080**
Billing Period: 08/11/21-09/09/21

www.citicards.com
**Customer Service 1-855-473-4583**
**Speech/hearing impaired: 711**
BOX 6500 SIOUX FALLS, SD 57117

### SEPTEMBER STATEMENT
**Minimum payment due:** **$225.68**
**New balance as of 09/09/21:** **$2,065.68**
**Payment due date:** 10/07/21
Your Citi Flex Plan Payment Amount is included in your minimum payment due.
For more details, see the Citi Flex Plan details section of this statement. See the
back of this statement for important information about how to avoid paying
interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date
listed above, you may have to pay a late fee of up to $39 and your APRs may be
increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each
period, you will pay more in interest and it will take you longer to pay off
your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 5 year(s) | $2,578 |

For information about credit counseling services, call 1-877-337-8188.

Your account is past due $88.00 and overlimit
$65.68. Please pay at least the minimum
payment due, which includes your Citi Flex
Plan Payment Amount, a past due amount
and an overlimit amount.

## Account Summary
| | |
| --- | --- |
| Previous balance | $2,019.36 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$28.00 |
| Interest | +$18.32 |
| **New balance** | **$2,065.68** |

## Credit Limit
| | |
| --- | --- |
| Credit limit | $2,000 |
Includes $300 cash advance limit

You're still getting a paper statement.
## Why not try Paperless?
With these digital tools available to you, you won't be missing anything!

- **Instant access** to statements and most legal notices online, with statements now available on the **Citi Mobile® App**
- **Customizable** statement ready and payment due **notifications**
- Ability to **request historical statements** online and on the app

Click here to sign up for Paperless!



**CASH REWARDS SUMMARY**

**Your Cash Rewards:**
**$30.93**

» See page 2 for more information about your rewards

For Payments, send check to: CITI CARDS, PO BOX 78045, Phoenix, AZ, 85062-8045



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Monthly Statement
is Enclosed

**Pay your bill from virtually anywhere
with the Citi Mobile® App and Citi® Online**



To download:
Text **'App15'** to **MyCiti (692484)**
or go to your device's app store.
Or visit **www.citicards.com**

Minimum payment due    $225.6
New balance    $2,065.6
Payment due date    10/07/2

Amount enclosed: $

Account number ending in **3080**
**Please make check payable to CITI CARDS.**

ARTURO M AMEZCUA SR
7645 EL CAPITAN WAY
BUENA PARK  CA  90620-1818

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

# Costco Anywhere Visa® Card by Citi

 

**ARTURO M AMEZCUA**
Member Since 2019  Account number ending in: 7268
Billing Period: 08/06/21-09/06/21

www.citicards.com
**Customer Service 1-855-378-6467**
**Speech/hearing impaired: 711**
PO Box 790046 ST. LOUIS, MO 63179-0046

## SEPTEMBER STATEMENT

Minimum payment due: **$261.45**
New balance as of 09/06/21: **$3,618.52**
Payment due date: 10/02/21
See the back of this statement for important information about how to avoid paying interest on purchases.

Your account is past due $137.30. Please pay at least the minimum payment due, which includes a past due amount.

### Account Summary

| | |
|---|---|
| Previous balance | $3,594.99 |
| Payments | -$0.00 |
| Credits | -$64.62 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$40.00 |
| Interest | +$48.15 |
| **New balance** | **$3,618.52** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum payment warning:** If you make only the minimum payment each period, you will pay more in interest, and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 12 years | $6,692 |

For information about credit counseling services, call 1-877-337-8188 .

### Credit Limit

| | |
|---|---|
| Credit Limit | $4,000 |
| Includes $1,200.00 cash advance limit | |
| Available Credit Limit | $381 |
| Includes $381 available for cash advance | |

---

You're still getting a paper statement.
**Why not try Paperless?**
With these digital tools available to you, you won't be missing anything!

- **Instant access** to statements and most legal notices online, with statements now available on the **Citi Mobile® App**
- **Customizable** statement ready and payment due **notifications**
- Ability to **request historical statements** online and on the app

Click here to sign up for Paperless!



**Costco Cash Rewards Summary**
as of 09/06/21

**$154.11**

» **See page 2 for more information about your rewards**

---



Costco Anywhere Visa® Card

PO Box 790057
Saint Louis, MO 63179-0057

Your Monthly Statement is Enclosed

**For Payments, send check to: Citi Cards, PO BOX 78019, Phoenix, AZ, 85062-8019**

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**

 To download:
Text **'App15'** to **MyCiti (692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| Minimum payment due | $261.4 |
| New balance | $3,618.5 |
| Payment due date | 10/02/2 |
| Amount enclosed: $ | |

Account number ending in 7268
**Please make check payable to Citi Cards.**

ARTURO M AMEZCUA
7645 EL CAPITAN WAY
BUENA PARK  CA  90620-1818

Citi Cards
PO BOX 78019
Phoenix, AZ 85062-8019

 Hotels.com

 VISA Signature

Account Number Ending in 3242
Billing Cycle 07/16/2021 to 08/15/2021

24-Hour Customer Service: 1-877-209-2971
We accept all relay calls, including 711
Wells Fargo Online®: wellsfargo.com

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $ 7,010.27 |
| Payments | -$ 0.00 |
| Other Credits | - $ 0.00 |
| Purchases/Debits | +$ 0.00 |
| Cash Advances | +$ 0.00 |
| **Fees Charged** | **+$ 0.00** |
| Interest Charged | +$ 113.91 |
| **New Balance** | **$ 7,124.18** |
| | |
| Credit Limit | $ 7,000.00 |
| Available Credit | $ 0.00 |
| Cash Advance Limit | $ 1,400.00 |
| Available for Cash Advance | $ 0.00 |
| Statement Closing Date | 08/15/2021 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $ 7,124.18 |
| Minimum Payment Due | $ 419.00 |
| (Includes Past Due Amount of $ 193.00) | |
| Overlimit Amount | $ 124.18 |
| Total Amount Due | $ 543.18 |
| Payment Due Date | 09/09/2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the Payment Due Date listed above, you may have to pay up to a $40 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the New Balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 21 years | $16,740 |

If you would like information about credit counseling services, refer to www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111 or call 1-866-484-6322

## Hotels.com® Rewards Visa® Credit Card Summary

Stamps Earned This Statement                                    0

*Note: For further information about Hotels.com Rewards go to www.hotels.com/rewards*

## Transaction Summary

| Trans Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| **Fees Charged** | | | | |
| 08/15 | 08/15 | F38350073000AWDF+ | VALUED CUSTOMER LATE FEE ADJUSTMENT | $40.00- |
| 08/09 | 08/09 | | LATE FEE | $40.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$0.00** |
| **Interest Charged** | | | | |
| 08/15 | 08/15 | | Interest Charge on Purchases | $113.91 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$113.91** |

### 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $0.00 |
| Total interest charged in 2021 | $186.30 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Transaction Date | Special Terms End Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge | Balance |
|---|---|---|---|---|---|---|
| **Current Transactions** | | | | | | |
| PURCHASE(S) | N/A | N/A | 18.99% (v) | $7,063.94 | $113.91 | $7,124.18 |
| CASH ADVANCE(S) | N/A | N/A | 24.74% (v) | $0.00 | $0.00 | * |

(v) = Variable Rate

*Your CASH ADVANCE(S) balance is included in the PURCHASE(S) balance (if applicable)

1-2

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

5596  0007 AWJ     1    7  9   210815 0        X PAGE 1 of 3       1 0  3835  8000  H005  01EE5596                269

Detach and mail with check payable to Wells Fargo. For faster processing, include your account number on your check.

 Hotels.com™

| | |
|---|---|
| Account Number | 4553 2800 1977 3242 |
| New Balance | $ 7,124.18 |
| Minimum Payment Due | $ 419.60 |
| (Includes Past Due Amount of $ 193.00) | |
| Overlimit Amount | $ 124.18 |
| Total Amount Due | $ 543.18 |
| Payment Due Date | 09/09/2021 |

0071241800000000000419004553280019773242 3

Amount Enclosed    $

ARTURO M AMEZCUA
7645 EL CAPITAN WAY
BUENA PARK CA 90620-1818

N108269

HOTELS.COM / WELLS FARGO BANK N.A.
PO BOX 51193
LOS ANGELES CA 90051-5493

☐   Check here and see reverse side for address and/or phone number correction.

**Wells Fargo**
**Health Advantage**

Account Number 5774 4216 9808 6569
Billing Cycle 04/22/2021 to 05/21/2021

Visit us at wellsfargo.com/cardholders
Customer Service: 1-800-459-8451
Monday-Friday, 8 a.m.- 6 p.m. CT
24 Hour Automated Service

**EMPOWER YOURSELF** with financial knowledge and resources from Wells Fargo

Access your needs
Plan for your goals
Monitor your progress

Learn more today at
wellsfargo.com/financialhealth

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $ 3,544.36 |
| Payments | -$ 500.00 |
| Other Credits | -$ 0.00 |
| Purchases/Debits | +$ 0.00 |
| Fees Charged | +$ 0.00 |
| Interest Charged | +$ 0.00 |
| New Balance | $ 3,044.36 |
| Credit Limit | $ 9,200.00 |
| Available Credit | $ 6,155.00 |
| Statement Closing Date | 05/21/2021 |
| Days in Billing Cycle | 30 |

### Payment Information

| | |
|---|---|
| New Balance | $ 3,044.36 |
| Minimum Payment Due | $ 255.56 |
| Payment Due Date | 06/16/2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the Payment Due Date listed above, you may have to pay up to a $40 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 12 months | $3,044 |

If you would like information about credit counseling services, refer to **www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111**  or call **1-866-484-6322.**

**Reminder:** You are required to pay the minimum monthly payment by the due date for each monthly billing cycle even if you made larger and/or additional payments in previous months. Your credit card account may not be paid ahead to avoid making payments in future billing periods. You may pay more than the Minimum Payment Due at any time. However, to avoid late fees and delinquency we must receive at least the Minimum Payment Due (as reflected on each monthly statement) on or before the Payment Due Date each billing period until your balance is zero.

As a cardholder, you may have free access to your FICO® Credit Score and more within *Wells Fargo Mobile*® Banking.
Learn more, go to: **wellsfargo.com/ficoscore.**
FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

We accept Telecommunications Relay Services' Calls.

$0 - $500.00 WILL BE DEDUCTED FROM YOUR ACCOUNT AND CREDITED AS YOUR AUTOMATIC PAYMENT ON 06/16/21.  THE AUTOMATIC PAYMENT AMOUNT WILL BE REDUCED BY ALL PAYMENTS POSTED ON OR BEFORE THIS DATE.

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| F9368004800CHGDDA | 05/16 | 05/16 | AUTOMATIC PAYMENT - THANK YOU | $500.00- |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$0.00** |
| | 05/21 | 05/21 | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$0.00** |

**2021 Totals Year-To-Date**

| | |
|---|---|
| Total fees charged in 2021 | $0.00 |
| Total interest charged in 2021 | $0.00 |

To pay your bill and manage your account online, sign up for Wells Fargo Online® at  **wellsfargo.com/cardholders.**  If you use a bill payment service other than Wells Fargo Online to make payments with us, we are not responsible for the accuracy and timeliness of your online bill payments.
You may also pay by phone using your bank routing and checking account number by calling 24 hours 1-800-459-8451.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Please return bottom portion with your payment. We must receive payment by the due date. Do not send cash. Retain upper portion for your records.

**Wells Fargo**
**Health Advantage**

| | |
|---|---|
| Account Number | 5774 4216 9808 6569 |
| New Balance | $ 3,044.36 |
| Minimum Payment Due | $ 255.56 |
| Payment Due Date | 06/16/2021 |

0030443600005000000255565774421698086 5698

Amount Enclosed        $

ARTURO AMEZCUA
LUCIA RAMIREZ
7645 EL CAPITAN WAY
BUENA PARK CA 90620-1818

Make checks payable to:

WELLS FARGO BANK N.A.
P.O. BOX 51193
LOS ANGELES CA 90051-5493

Check here and see reverse side for address and/or phone number correction.

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number 4447 9624 5525 2563
August 06, 2021 to September 05, 2021

| SUMMARY OF ACCOUNT ACTIVITY | |
|---|---|
| Previous Balance | $74.05 |
| Payments | – $0.00 |
| Other Credits | – $1.90 |
| Purchases | + $626.79 |
| Balance Transfers | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $69.05 |
| Interest Charged | + $0.00 |
| New Balance | $629.89 |
| Credit Limit | $800.00 |
| Available Credit | $170.00 |
| Statement Closing Date | 09/05/21 |
| Days in Billing Cycle | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card  1-877-825-3242
Outside the U.S. Call  1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $629.89 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $32.00 |
| Minimum Payment Due | $32.00 |
| Payment Due Date | 10/01/21 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 2 years | $779.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| 24034547202 4ZY2RM | 08/13 | 08/13 | SPEEDWAY 5102 BUENA PARK CA | 89.78 |
| 24034547302 A31NQ0 | 08/15 | 08/15 | SPEEDWAY 5102 BUENA PARK CA | 17.45 |
| 244273374LM8J0ZLP | 08/15 | 08/15 | MCDONALD'S F11029 BUENA PARK CA | 31.72 |
| 244450074HEWPPQPJ | 08/15 | 08/15 | KOHL'S #0589 BUENA PARK CA | 71.21 |
| 2469216742Y1ZEZXT | 08/16 | 08/16 | Amazon.com*2D5E06OW2 Amzn.com/bill WA | 82.75 |
| 2468720760VYLQW2X | 08/17 | 08/17 | SPRINGDALE CAFE HUNTINGTON BE CA | 31.00 |
| 241164176RBGHP90N | 08/17 | 08/17 | TOTAL WINE AND MORE HUNTINGTON BE CA | 64.63 |
| 2469216752XWGFNL0 | 08/17 | 08/17 | Amazon.com*2D1XE2VN0 Amzn.com/bill WA | 75.30 |
| 2468720770VYLSTA3 | 08/18 | 08/18 | SPRINGDALE CAFE HUNTINGTON BE CA | 65.89 |
| 24034547B03HHY6QD | 08/22 | 08/22 | SPEEDWAY 5102 BUENA PARK CA | 83.06 |
| F5727007F000FR | 08/27 | 08/27 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -1.90 |
| 24692167K2XLAH223 | 08/31 | 08/31 | AMZN Mktp US*2520O55E0 Amzn.com/bill WA | 14.00 |
| | | | **Fees** | |
| F5727006U000YL218 | 08/06 | 08/06 | LATE FEE ADJ LAS VEGAS NV CREDIT | -39.32 |
| F5727006U000YY218 | 08/06 | 08/06 | AUTHORIZED USER CARD ADJ LV NV CREDIT | -19.00 |
| F5727006U000YJ218 | 08/06 | 08/06 | ANNUAL FEE ADJUSTMENT LAS VEGAS CREDIT | -15.00 |
| F5727006U000YF218 | 08/06 | 08/06 | FINANCE CHARGE ADJ LAS VEGAS NV CREDIT | -0.73 |
| F5727007R000CYLAC | 09/05 | 09/05 | ANNUAL FEE 10/21 THROUGH 10/21 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | -69.05 |
| | | | **Interest Charged** | |
| | 09/05 | 09/05 | Interest Charge on Purchases | 0.00 |
| | 09/05 | 09/05 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | 0.00 |

| 2021 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2021 | $44.34 |
| Total interest charged in 2021 | $0.80 |

---

5385     JBH     001  7  5   210905 0          PAGE 1 of 2          2 0  5727  9620  M200  O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*



**PAY YOUR BILL ONLINE at CreditOneBank.com**

| Account Number: | 4447 9624 5525 2563 |
|---|---|
| New Balance: | $629.89 |
| Minimum Payment Due: | $32.00 |
| Payment Due Date: | 10/01/21 |

For address, telephone and email changes, please complete the reverse side. Or, update your contact information online at www.CreditOneBank.com.

AMOUNT ENCLOSED: $ _____

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ARTURO AMEZCUA
7645 EL CAPITAN WAY
BUENA PARK CA 90620-1818



**DISCOVER IT® CARD ENDING IN 5963**
CARDMEMBER SINCE 2019



# DISCOVER®

## Account Summary     07/24/2021 - 08/23/2021

| | |
|---|---|
| Previous Balance | $5,053.05 |
| Payments and Credits | +$0.00 |
| Purchases | +$0.00 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$40.00 |
| Interest Charged | +$99.61 |
| **New Balance:** | **$5,192.66** |

See Interest Charge Calculation section following the Fees and Interest Charged section for detailed APR information

| | |
|---|---|
| Credit Line | $5,000 |
| Credit Line Available | $0 |
| Cash Advance Credit Line | $1,000 |
| Cash Advance Credit Line Available | $0 |



FICO® Score 8 based on TransUnion® data:

**641**    **AS OF 08/17/21**
Fair    Updated Monthly

FICO® Score Meter

See Key Factors that help explain your score at Discover.com or visit our mobile app

## Payment Information

| New Balance | Minimum Payment* | Payment Due Date |
|---|---|---|
| $5,192.66 | $402.00 | 09/18/2021 |

\* Includes past due amount of $242.00

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 years | $16,757 |

If you would like information about credit counseling services, call us at 1-800-347-1121.

---

## Payment Coupon

Detach at perforation above and return with check payable to Discover. Do not fold, clip, staple or send cash.

||լ|լ|լ|լ||լ||||||||||լ|բ||լ||||||||||լ||||||||||լ|լ|||լ|||

**ARTURO M AMEZCUA**
**7645 EL CAPITAN WAY**
**BUENA PARK CA 90620-1818**



Notice: See reverse side for important information

**ACCOUNT NUMBER ENDING IN 5963**

| | |
|---|---|
| New Balance | $5,192.66 |
| Minimum Payment Due | $402.00 |
| Payment Due Date | 09/18/2021 |

**Amount Enclosed**     $

For a faster, easier way to pay...    💳 Discover.com    📞 1-800-347-2683
See reverse for payment cut off times.

**PO BOX 29013**
**PHOENIX AZ 85038-9013**

|l||ll||||l|l|l|l|l|l||l|l|ll|lll||l|l||ll|l||l|l|ll||ll|l||l|

New address, email or phone? Please update on reverse.

0000019864508871152130519266000099800040200

# EXHIBIT D

From the documents I have attached I am providing proof that **CITIBANK,
WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK,** is in
violation of 15 USC 1692e (10) they have used deceptive means called a statement
to make me believe that they are collecting or trying to attempt to collect a debt. A
debt under the FDCPA is defined as an OBLIGATION or an ALLEGED
OBLIGATION. As you can see from all of the wording that has been highlighted
PAYMENT DUE with a date of when i need to pay by, these corporations are
obligating me to do something or they will penalize me by adding more charges
and interest. The term DUE can be defined as Owing as a debt which is all over
this statement as well.

# Citi® Double Cash Card



citi

**ARTURO M AMEZCUA SR**
Member Since 2019   Account number ending in: 3080
Billing Period: 08/11/21-09/09/21

www.citicards.com
**Customer Service 1-855-473-4583**
**Speech/hearing impaired: 711**
BOX 6500 SIOUX FALLS, SD 57117

## SEPTEMBER STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$225.68** |
| New balance as of 09/09/21: | $2,065.68 |
| Payment due date: | 10/07/21 |

Your Citi Flex Plan Payment Amount is included in your minimum payment due. For more details, see the Citi Flex Plan details section of this statement. See the back of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $39 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 5 year(s) | $2,578 |

For information about credit counseling services, call 1-877-337-8188.

Your account is past due $88.00 and overlimit $65.68. Please pay at least the minimum payment due, which includes your Citi Flex Plan Payment Amount, a past due amount and an overlimit amount.

### Account Summary

| | |
|---|---|
| Previous balance | $2,019.36 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$28.00 |
| Interest | +$18.32 |
| **New balance** | **$2,065.68** |

### Credit Limit

| | |
|---|---|
| Credit limit | $2,000 |
| Includes $300 cash advance limit | |

---

You're still getting a paper statement.
Why not try Paperless?

With these digital tools available to you, you won't be missing anything!

- **Instant access** to statements and most legal notices online, with statements now available on the **Citi Mobile® App**
- **Customizable** statement ready and payment due **notifications**
- Ability to **request historical statements** online and on the app

Click here to sign up for Paperless!



**CASH REWARDS SUMMARY**

**Your Cash Rewards:**
**$30.93**

» See page 2 for more information about your rewards

For Payments, send check to: CITI CARDS, PO BOX 78045, Phoenix, AZ, 85062-8045



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Monthly Statement
is Enclosed

**Pay your bill from virtually anywhere
with the Citi Mobile® App and Citi® Online**



To download:
Text 'App15' to MyCiti (692484)
or go to your device's app store.
Or visit www.citicards.com

| | |
|---|---|
| Minimum payment due | $225.6 |
| New balance | $2,065.6 |
| Payment due date | 10/07/2 |

Amount enclosed: $

Account number ending in 3080
**Please make check payable to CITI CARDS.**

ARTURO M AMEZCUA SR
7645 EL CAPITAN WAY
BUENA PARK  CA  90620-1818

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

# Costco Anywhere Visa® Card by Citi



**ARTURO M AMEZCUA**
Member Since 2019  Account number ending in: 7268
Billing Period: 08/06/21-09/06/21

www.citicards.com
**Customer Service 1-855-378-6467**
**Speech/hearing impaired: 711**
PO Box 790046 ST. LOUIS, MO 63179-0046

## SEPTEMBER STATEMENT

| | |
|---|---|
| **Minimum payment due:** | $261.45 |
| **New balance as of 09/06/21:** | $3,618.52 |
| **Payment due date:** | 10/02/21 |

See the back of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning: If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $40 and your APRs may be increased up to the Penalty APR of 29.99%.**

**Minimum payment warning:** If you make only the minimum payment each period, you will pay more in interest, and it will take you longer to pay off your balance. For example:

| If you have no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 12 years | $6,692 |

For information about credit counseling services, call 1-877-337-8188 .

Your account is past due $137.30. Please pay at least the minimum payment due, which includes a past due amount.

## Account Summary

| | |
|---|---|
| Previous balance | $3,594.99 |
| Payments | -$0.00 |
| Credits | -$64.62 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$40.00 |
| Interest | +$48.15 |
| **New balance** | **$3,618.52** |

## Credit Limit

| | |
|---|---|
| Credit Limit | $4,000 |
| Includes $1,200.00 cash advance limit | |
| Available Credit Limit | $381 |
| Includes $381 available for cash advance | |

---

You're still getting a paper statement.
**Why not try Paperless?**
With these digital tools available to you, you won't be missing anything!

- **Instant access** to statements and most legal notices online, with statements now available on the **Citi Mobile® App**
- **Customizable** statement ready and payment due **notifications**
- Ability to **request historical statements** online and on the app

[Click here to sign up for Paperless!]

**Costco Cash Rewards Summary**
as of 09/06/21
**$154.11**



» See page 2 for more information about your rewards

**For Payments, send check to: Citi Cards, PO BOX 78019, Phoenix, AZ, 85062-8019**

---

 citi

Costco Anywhere Visa® Card

PO Box 790057
Saint Louis, MO 63179-0057

Your Monthly Statement
is Enclosed

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**

 citi

To download:
Text '**App15**' to **MyCiti (692484)**
or go to your device's app store.
Or visit **www.citicards.com**

| | |
|---|---|
| **Minimum payment due** | $261.4 |
| **New balance** | $3,618.5 |
| **Payment due date** | 10/02/2 |

Amount enclosed: $

Account number ending in 7268
**Please make check payable to Citi Cards.**

ARTURO M AMEZCUA
7645 EL CAPITAN WAY
BUENA PARK  CA  90620-1818

Citi Cards
PO BOX 78019
Phoenix, AZ 85062-8019




Account Number Ending in 3242
**Billing Cycle 07/16/2021 to 08/15/2021**

24-Hour Customer Service: 1-877-209-2971
We accept all relay calls, including 711
Wells Fargo Online®: wellsfargo.com

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $ 7,010.27 |
| Payments | -$ 0.00 |
| Other Credits | - $ 0.00 |
| Purchases/Debits | +$ 0.00 |
| Cash Advances | +$ 0.00 |
| **Fees Charged** | **+$ 0.00** |
| Interest Charged | +$ 113.91 |
| New Balance | $ 7,124.18 |
| | |
| Credit Limit | $ 7,000.00 |
| Available Credit | $ 0.00 |
| Cash Advance Limit | $ 1,400.00 |
| Available for Cash Advance | $ 0.00 |
| Statement Closing Date | 08/15/2021 |
| Days in Billing Cycle | 31 |

## Hotels.com® Rewards Visa® Credit Card Summary

| | |
|---|---|
| Stamps Earned This Statement | 0 |

*Note: For further information about Hotels.com Rewards go to www.hotels.com/rewards*

## Payment Information

| | |
|---|---|
| New Balance | $ 7,124.18 |
| Minimum Payment Due | $ 419.00 |
| (Includes Past Due Amount of $ 193.00) | |
| Overlimit Amount | $ 124.18 |
| Total Amount Due | $ 543.18 |
| Payment Due Date | 09/09/2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the Payment Due Date listed above, you may have to pay up to a $40 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the New Balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 21 years | $16,740 |

If you would like information about credit counseling services, refer to www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111 or call 1-866-484-6322.

## Transaction Summary

| Trans Date | Post Date | Reference Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| **Fees Charged** | | | | |
| 08/15 | 08/15 | F38350073000AWDF+ | VALUED CUSTOMER LATE FEE ADJUSTMENT | $40.00- |
| 08/09 | 08/09 | | LATE FEE | $40.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **$0.00** |
| **Interest Charged** | | | | |
| 08/15 | 08/15 | | Interest Charge on Purchases | $113.91 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **$113.91** |

### 2021 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2021 | $0.00 |
| Total interest charged in 2021 | $185.30 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Transaction Date | Special Terms End Date | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge | Balance |
|---|---|---|---|---|---|---|
| **Current Transactions** | | | | | | |
| PURCHASE(S) | N/A | N/A | 18.99% (v) | $7,063.94 | $113.91 | $7,124.18 |
| CASH ADVANCE(S) | N/A | N/A | 24.74% (v) | $0.00 | $0.00 | * |

(v) = Variable Rate
*Your CASH ADVANCE(S) balance is included in the PURCHASE(S) balance (if applicable).

1-2

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

5596 0007 AWJ 1 7 9 210815 0 X PAGE 1 of 3 1 0 3835 8000 H005 01EE5596 269

Detach and mail with check payable to Wells Fargo. For faster processing, include your account number on your check.

Hotels.com

| | |
|---|---|
| Account Number | 4553 2800 1977 3242 |
| New Balance | $ 7,124.18 |
| Minimum Payment Due | $ 419.00 |
| (Includes Past Due Amount of $ 193.00) | |
| Overlimit Amount | $ 124.18 |
| Total Amount Due | $ 543.18 |
| Payment Due Date | 09/09/2021 |

00712418000000000000419004553280019773242З

Amount Enclosed $

ARTURO M AMEZCUA N108269
7645 EL CAPITAN WAY
BUENA PARK CA 90620-1818

HOTELS.COM / WELLS FARGO BANK N.A.
PO BOX 51193
LOS ANGELES CA 90051-5493

Check here and see reverse side for address and/or phone number correction.

**Wells Fargo**
**Health Advantage®**

WELLS FARGO

Account Number 5774 4216 9808 6569
Billing Cycle 04/22/2021 to 05/21/2021

Visit us at wellsfargo.com/cardholders
Customer Service: 1-800-459-8451
Monday-Friday, 8 a.m.- 6 p.m. CT
24 Hour Automated Service

# EMPOWER
# YOURSELF with
financial knowledge
and resources from
Wells Fargo

- Assess your needs
- Plan for your goals
- Monitor your progress

Learn more today at
wellsfargo.com/financialhealth

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $ 3,544.36 |
| Payments | -$ 500.00 |
| Other Credits | -$ 0.00 |
| Purchases/Debits | +$ 0.00 |
| Fees Charged | +$ 0.00 |
| Interest Charged | +$ 0.00 |
| New Balance | $ 3,044.36 |
| Credit Limit | $ 9,200.00 |
| Available Credit | $ 6,155.00 |
| Statement Closing Date | 05/21/2021 |
| Days in Billing Cycle | 30 |

## Payment Information

| | |
|---|---|
| New Balance | $ 3,044.36 |
| Minimum Payment Due | $ 255.56 |
| Payment Due Date | 06/16/2021 |

**Late Payment Warning:** If we do not receive your minimum payment by the Payment Due Date listed above, you may have to pay up to a $40 late fee.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the New Balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 12 months | $3,044 |

If you would like information about credit counseling services, refer to
www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111 or call 1-866-484-6322.

## Important Information

Reminder: You are required to pay the minimum monthly payment by the due date for each monthly billing cycle even if you made larger and/or additional payments in previous months. Your credit card account may not be paid ahead to avoid making payments in future billing periods. You may pay more than the Minimum Payment Due at any time. However, to avoid late fees and delinquency we must receive at least the Minimum Payment Due (as reflected on each monthly statement) on or before the Payment Due Date each billing period until your balance is zero.

As a cardholder, you may have free access to your FICO® Credit Score and more within *Wells Fargo Mobile*® Banking.
Learn more, go to: **wellsfargo.com/ficoscore.**
FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

We accept Telecommunications Relay Services' Calls.

$0 - $500.00 WILL BE DEDUCTED FROM YOUR ACCOUNT AND
CREDITED AS YOUR AUTOMATIC PAYMENT ON 06/16/21. THE
AUTOMATIC PAYMENT AMOUNT WILL BE REDUCED BY ALL PAYMENTS
POSTED ON OR BEFORE THIS DATE.

## Transactions

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| F9388004800CHGDDA | 05/16 | 05/16 | AUTOMATIC PAYMENT - THANK YOU | $500.00- |

### Fees

| | | | | |
|---|---|---|---|---|
| | | | TOTAL FEES FOR THIS PERIOD | $0.00 |

### Interest Charged

| | | | | |
|---|---|---|---|---|
| | 05/21 | 05/21 | INTEREST CHARGE ON PURCHASES | $0.00 |
| | | | TOTAL INTEREST FOR THIS PERIOD | $0.00 |

### 2021 Totals Year-To-Date

| | |
|---|---|
| Total fees charged in 2021 | $0.00 |
| Total interest charged in 2021 | $0.00 |

To pay your bill and manage your account online, sign up for Wells Fargo Online® at **wellsfargo.com/cardholders.** If you use a bill payment service other than Wells Fargo Online to make payments with us, we are not responsible for the accuracy and timeliness of your online bill payments.
You may also pay by phone using your bank routing and checking account number by calling 24 hours 1-800-459-8451.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

5685      002      1      7 14  210521  0      PAGE 1 of 3      15 9388  1690  A067  01N58683

Please return bottom portion with your payment. We must receive payment by the due date. Do not send cash. Retain upper portion for your records.

**Wells Fargo**
**Health Advantage®**

| | |
|---|---|
| Account Number | 5774 4216 9808 6569 |
| New Balance | $ 3,044.36 |
| Minimum Payment Due | $ 255.56 |
| Payment Due Date | 06/16/2021 |

0030443600005000000025556577442169808 65698

Amount
Enclosed    $

ARTURO AMEZCUA
LUCIA RAMIREZ
7645 EL CAPITAN WAY
BUENA PARK CA 90620-1818

Make checks payable to:
WELLS FARGO BANK N.A.
P.O. BOX 51193
LOS ANGELES CA 90051-5493

☐   Check here and see reverse side for address and/or phone number correction.

CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number: 4447 9624 5525 2563
August 06, 2021 to September 05, 2021

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $74.05 |
| Payments | - | $0.00 |
| Other Credits | - | $1.90 |
| Purchases | + | $626.79 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $69.05 |
| Interest Charged | + | $0.00 |
| New Balance | | $629.89 |
| Credit Limit | | $800.00 |
| Available Credit | | $170.00 |
| Statement Closing Date | | 09/05/21 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card          1-877-825-3242
Outside the U.S. Call          1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $629.89 |
| Past Due Amount | $0.00 |
| Amount Due This Period | $32.00 |
| Minimum Payment Due | $32.00 |
| Payment Due Date | 10/01/21 |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above,
you may have to pay a late fee up to $39.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more
in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 2 years | $779.00 |

If you would like a location for credit counseling services, call
1-866-515-5720. Or you may visit www.justice.gov/ust/list-
credit-counseling-agencies-approved-pursuant-11-usc-111.

| TRANSACTIONS | | | | |
|---|---|---|---|---|
| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
| 240345472024ZY2RM | 08/13 | 08/13 | SPEEDWAY 5102 BUENA PARK  CA | 89.78 |
| 24034547302A31NQ0 | 08/15 | 08/15 | SPEEDWAY 5102 BUENA PARK  CA | 17.45 |
| 244273374LM8J0ZLP | 08/15 | 08/15 | MCDONALD'S F11029 BUENA PARK  CA | 31.72 |
| 244450074HEWPPQPJ | 08/15 | 08/15 | KOHL'S #0589 BUENA PARK  CA | 71.21 |
| 2469216742Y1ZEZXT | 08/16 | 08/16 | Amazon.com*2D5E06OW2 Amzn.com/bill WA | 82.75 |
| 2468720760VYLQW2X | 08/17 | 08/17 | SPRINGDALE CAFE HUNTINGTON BE CA | 31.00 |
| 241164176RBGHP90N | 08/17 | 08/17 | TOTAL WINE AND MORE HUNTINGTON BE CA | 64.63 |
| 2469216752XWGFNL0 | 08/17 | 08/17 | Amazon.com*2D1XE2VN0 Amzn.com/bill WA | 75.30 |
| 2468720770VYLSTA3 | 08/18 | 08/18 | SPRINGDALE CAFE HUNTINGTON BE CA | 65.89 |
| 24034547B03HHY6QD | 08/22 | 08/22 | SPEEDWAY 5102 BUENA PARK  CA | 83.06 |
| F5727007F000FR | 08/27 | 08/27 | CREDIT ONE REWARD CREDIT LAS VEGA CREDIT | -1.90 |
| 24692167K2XLAH223 | 08/31 | 08/31 | AMZN Mktp US*2520O55E0 Amzn.com/bill WA | 14.00 |
| | | | **Fees** | |
| F5727006U000YL218 | 08/06 | 08/06 | LATE FEE ADJ LAS VEGAS NV      CREDIT | -39.32 |
| F5727006U000YY218 | 08/06 | 08/06 | AUTHORIZED USER CARD ADJ LV  NV  CREDIT | -19.00 |
| F5727006U000YJ218 | 08/06 | 08/06 | ANNUAL FEE ADJUSTMENT LAS VEGAS  CREDIT | -15.00 |
| F5727006U000YF218 | 08/06 | 08/06 | FINANCE CHARGE ADJ LAS VEGAS  NV CREDIT | -0.73 |
| F5727007R000CYLAC | 09/05 | 09/05 | ANNUAL FEE    10/21 THROUGH 10/21 | 5.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | -69.05 |
| | | | **Interest Charged** | |
| | 09/05 | 09/05 | Interest Charge on Purchases | 0.00 |
| | 09/05 | 09/05 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | 0.00 |

| 2021 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2021 | $44.34 |
| Total interest charged in 2021 | $0.80 |

5385       JBH       001  7  5   210905 0          PAGE 1 of 2          2 0  5727  9620  M200  O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to  CREDIT ONE BANK



For address, telephone and email changes,
please complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

Account Number:  4447 9624 5525 2563
New Balance:  $629.89
Minimum Payment Due:  $32.00
Payment Due Date:  10/01/21

AMOUNT ENCLOSED:  $

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ARTURO AMEZCUA
7645 EL CAPITAN WAY
BUENA PARK CA 90620-1818

0000000 0062989 0003200 4447962455255263 1

 **DISCOVER** it

DISCOVER IT® CARD ENDING IN 5963
CARDMEMBER SINCE 2019

**DISC⬤VER**

## Account Summary    07/24/2021 - 08/23/2021

| | |
|---|---|
| Previous Balance | $5,053.05 |
| Payments and Credits | +$0.00 |
| Purchases | +$0.00 |
| Balance Transfers | +$0.00 |
| Cash Advances | +$0.00 |
| Fees Charged | +$40.00 |
| Interest Charged | +$99.61 |
| **New Balance:** | **$5,192.66** |

See Interest Charge Calculation section following the Fees and
Interest Charged section for detailed APR information

| | |
|---|---|
| Credit Line | $5,000 |
| Credit Line Available | $0 |
| Cash Advance Credit Line | $1,000 |
| Cash Advance Credit Line Available | $0 |

 FICO® Score 8 based on TransUnion® data:

**641**
Fair

AS OF 08/17/21
Updated Monthly

See Key Factors that help explain your score
at Discover.com or visit our mobile app

## Payment Information

| New Balance | Minimum Payment* | Payment Due Date |
|---|---|---|
| $5,192.66 | $402.00 | 09/18/2021 |

* Includes past due amount of $242.00

**Late Payment Warning:** If we do not receive your minimum payment by the date
listed above, you may have to pay a late fee of up to $40.00.

**Minimum Payment Warning:** If you make only the minimum payment each period,
you will pay more in interest and it will take longer to pay off your balance. For
example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 20 years | $16,757 |

If you would like information about credit counseling services, call us at 1-800-347-1121.

---

Notice: See reverse side for important information

## Payment Coupon

Detach at perforation above and return with check payable to
Discover. Do not fold, clip, staple or send cash.

ᵢₗᵢᵢₗᵢₗᵢₗₗₗᵢₗₗᵢₗᵢₗᵢₗₗₗₗᵢₗₗᵢᵢₗₗₗₗₗₗₗᵢₗₗₗₗₗᵢₗᵢₗₗᵢₗₗₗₗᵢₗₗₗₗₗₗᵢ

ARTURO M AMEZCUA
7645 EL CAPITAN WAY
BUENA PARK CA 90620-1818

ACCOUNT NUMBER ENDING IN 5963

| | |
|---|---|
| New Balance | $5,192.66 |
| Minimum Payment Due | $402.00 |
| Payment Due Date | 09/18/2021 |

**Amount Enclosed**    $

For a faster, easier
way to pay...    Discover.com    1-800-347-2683
See reverse for payment cut off times.

PO BOX 29013
PHOENIX AZ 85038-9013

ᵢₗᵢᵢₗₗᵢₗₗₗᵢₗₗᵢₗₗₗₗₗᵢₗₗᵢₗₗᵢᵢₗₗₗₗₗₗₗₗᵢₗₗₗₗₗₗᵢₗₗₗₗₗₗᵢₗₗₗₗₗ

New address, email or phone? Please update on reverse.

00000198645088711521305192660000998004020O

# EXHIBIT E

From the documents I have attached I am providing proof that **CITIBANK,
WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK**, is in
violation of 15 USC 1692g (5) Upon the consumer's written request the
debt collector will provide the consumer with the name and address of the
**ORIGINAL CREDITOR**, they have not properly validated this obligation
(debt) they are asking of me. I have sent them a Validation of Debt letter
which they have received with proof from The United States Postal Service.
I have not received any information from any of these corporations about
the validation of debt letter I have sent each corporation. The **5 day** time
period congress allows them to respond has elapsed and it is time to seek
legal matters.

**CITIBANK**

# VALIDATION OF DEBT LETTER

Date: 8/24/2021
Name: Arturo M Amezcua
Address: 7645 El Capitan Way Buena Park Ca 90620
Email: Artmamezcua@gmail.com
Account # ending in 2030
Account # ending in 7265

Be advised this is a refusal to pay and a notice sent pursuant to the fair debt collection practice act, 15 USC 1692g (1-5) stating your claim is disputed and validation is requested.

**Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall send the consumer a written notice containing:**

  **(1)** the amount of the debt;

  **(2)** the name of the creditor to whom the debt is owed;

  **(3)** a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector;

  **(4)** a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and

  **(5)** a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the **ORIGINAL CREDITOR**, if different from the current creditor.

Please be advised I'm awaiting your response as to who is the original creditor of this account.
At this time, I will also inform you that if your offices have reported invalidated information to any of the 3 major credit bureaus (Equifax, Experian or Transunion)

this action may constitute fraud under both federal and state laws. Due to this fact, if any negative mark is found on any of my credit reports by your company, I will not hesitate in bringing legal action against you for the following: Violation of the fair credit reporting act, Violation of the fair debt collection practices act, and defamation of character.

If your offices are able to provide the proper documentation as requested in the following declaration. I will require at least 30 days to investigate this information, during which time all collection activity must cease and desist. Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing of any information to a credit reporting repository that could be inaccurate or invalidated.

If your office fails to respond to this validation request within the 10 days of your receipt I will have to take legal matters into consideration.

_____          8/29/21
Signature                                  Date

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Citi Bank Legal Services
5800 S. Corporate place
Sioux Falls, SD, 57108



9590 9402 6796 1074 6421 34

2. Article Number (Transfer from service label)
0211 0350 0000 8512 6439

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Robina

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

USPS TRACKING #

9590 9402 6796 1074 6421 34

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

Arturo M. Amezcua          CB
7645 El Capitan Way
Buena Park CA 90620

**WELLS FARGO BANK**

# VALIDATION OF DEBT LETTER

Date: 8/24/2021
Name: Arturo M Amezcua
Address: 7645 El Capitan Way Buena Park Ca 90620
Email: Artmamezcua@gmail.com
Account # ending in 3242
Account # ending in 6569

Be advised this is a refusal to pay and a notice sent pursuant to the fair debt collection practice act, 15 USC 1692g (1-5) stating your claim is disputed and validation is requested.

**Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall send the consumer a written notice containing:**

(1) the amount of the debt;

(2) the name of the creditor to whom the debt is owed;

(3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector;

(4) a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and

(5) a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the **ORIGINAL CREDITOR**, if different from the current creditor.

Please be advised I'm awaiting your response as to who is the original creditor of this account.

At this time, I will also inform you that if your offices have reported invalidated information to any of the 3 major credit bureaus (Equifax, Experian or Transunion)

this action may constitute fraud under both federal and state laws. Due to this fact, if any negative mark is found on any of my credit reports by your company, I will not hesitate in bringing legal action against you for the following: Violation of the fair credit reporting act, Violation of the fair debt collection practices act, and defamation of character.

If your offices are able to provide the proper documentation as requested in the following declaration. I will require at least 30 days to investigate this information, during which time all collection activity must cease and desist. Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing of any information to a credit reporting repository that could be inaccurate or invalidated.

If your office fails to respond to this validation request within the 10 days of your receipt I will have to take legal matters into consideration.

_____          8/24/21
Signature                                               Date

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

Wells Fargo Bank
PO Box 14517
Des Moines, IA, 50306



D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6796 1074 6421 41

2. Article Number (Transfer from service label)
7021 0350 0000 8512 6422

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6796 1074 6421 41

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

Arturo M. Amezcua
7645 El Capitan Way
Buena Park CA 90620

**CREDITONE BANK**

# VALIDATION OF DEBT LETTER

Date: 8/24/2021
Name:Arturo M Amezcua
Address:7645 El Capitan Way Buena Park Ca 90620
Email: Artmamezcua@gmail.com
Account # ending in 2563
Account # ending in ————

Be advised this is a refusal to pay and a notice sent pursuant to the fair debt
collection practice act, 15 USC 1692g (1-5) stating your claim is disputed and
validation is requested.

**Within five days after the initial communication with a consumer in
connection with the collection of any debt, a debt collector shall send the
consumer a written notice containing:**

  **(1)** the amount of the debt;

  **(2)**the name of the creditor to whom the debt is owed;

  **(3)**a statement that unless the consumer, within thirty days after receipt of the
notice, disputes the validity of the debt, or any portion thereof, the debt will be
assumed to be valid by the debt collector;

  **(4)**a statement that if the consumer notifies the debt collector in writing within
the thirty-day period that the debt, or any portion thereof, is disputed, the debt
collector will obtain verification of the debt or a copy of a judgment against the
consumer and a copy of such verification or judgment will be mailed to the
consumer by the debt collector; and

  **(5)**a statement that, upon the consumer's written request within the thirty-day
period, the debt collector will provide the consumer with the name and address
of the **ORIGINAL CREDITOR**, if different from the current creditor.

Please be advised I'm awaiting your response as to who is the original creditor of
this account.
At this time, I will also inform you that if your offices have reported invalidated
information to any of the 3 major credit bureaus (Equifax, Experian or Transunion)

this action may constitute fraud under both federal and state laws. Due to this fact, if any negative mark is found on any of my credit reports by your company, I will not hesitate in bringing legal action against you for the following: Violation of the fair credit reporting act, Violation of the fair debt collection practices act, and defamation of character.

If your offices are able to provide the proper documentation as requested in the following declaration. I will require at least 30 days to investigate this information, during which time all collection activity must cease and desist. Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing of any information to a credit reporting repository that could be inaccurate or invalidated.

If your office fails to respond to this validation request within the 10 days of your receipt I will have to take legal matters into consideration.

_____          8/24/21
Signature                                 Date

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

. Article Addressed to:

Credit One Bank
PO Box 98876
Las Vegas, NV, 89193

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

|||||||||||||||||||||||||||||||||||||||
9590 9402 6796 1074 6421 58

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
    Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
    Restricted Delivery

. Article Number (Transfer from service label)
7021 0350 0000 8512 6415

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING #

|||||||||||||||||||   LAS VEGAS NV 890
                      31 AUG 2021 PM 4 L

9590 9402 6796 1074 6421 58

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua
7645 El Capitan Way
Buena Park CA 90620

**DISCOVER BANK**

# VALIDATION OF DEBT LETTER

Date: 8/24/2021
Name:Arturo M Amezcua
Address:7645 El Capitan Way Buena Park Ca 90620
Email: Artmamezcua@gmail.com
Account # ending in 5963
Account # ending in ————

Be advised this is a refusal to pay and a notice sent pursuant to the fair debt
collection practice act, 15 USC 1692g (1-5) stating your claim is disputed and
validation is requested.

**Within five days after the initial communication with a consumer in
connection with the collection of any debt, a debt collector shall send the
consumer a written notice containing:**

(1) the amount of the debt;

(2)the name of the creditor to whom the debt is owed;

(3)a statement that unless the consumer, within thirty days after receipt of the
notice, disputes the validity of the debt, or any portion thereof, the debt will be
assumed to be valid by the debt collector;

(4)a statement that if the consumer notifies the debt collector in writing within
the thirty-day period that the debt, or any portion thereof, is disputed, the debt
collector will obtain verification of the debt or a copy of a judgment against the
consumer and a copy of such verification or judgment will be mailed to the
consumer by the debt collector; and

(5)a statement that, upon the consumer's written request within the thirty-day
period, the debt collector will provide the consumer with the name and address
of the **ORIGINAL CREDITOR**, if different from the current creditor.

Please be advised I'm awaiting your response as to who is the original creditor of
this account.
At this time, I will also inform you that if your offices have reported invalidated
information to any of the 3 major credit bureaus (Equifax, Experian or Transunion)

this action may constitute fraud under both federal and state laws. Due to this fact, if any negative mark is found on any of my credit reports by your company, I will not hesitate in bringing legal action against you for the following: Violation of the fair credit reporting act, Violation of the fair debt collection practices act, and defamation of character.

If your offices are able to provide the proper documentation as requested in the following declaration. I will require at least 30 days to investigate this information, during which time all collection activity must cease and desist. Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing of any information to a credit reporting repository that could be inaccurate or invalidated.

If your office fails to respond to this validation request within the 10 days of your receipt I will have to take legal matters into consideration.

_____        8/24/21
Signature                               Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Discover Bank
PO Box 30943
Salt Lake City, UT, 8412

9590 9402 6796 1074 6421 65

2. Article Number *(Transfer from service label)*

021 0350 0000 8512 6408

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X AL

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

SEP 0 2 2021

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 6796 1074 6421 65

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua
7645 El Capitan
Buena Park CA 90620

# EXHIBIT F

From the documents I have attached I am providing proof that **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK,** is in violation of 15 USC 1692c (c), I have notified these financial institutions that im refusing to pay this alleged debt. I have also stated that I am invoking my specified remedies as you can see from the list of demands in the cease and desist letter I have attached which was delivered with proof from The United States Post Office. I have asked for Material Disclosures pursuant to 15 USC 1602 (v) which is the **Annual Percentage Rate, The method of determining the Finance Charge, The balance upon which a finance charge will be imposed.** I have also asked for the **amount** of the **Finance Charge** in connection with this consumer credit transaction pursuant to 15 USC 1605. In addition I have asked these financial institutions to validate this alleged debt pursuant to 15 USC 1692g (5), In my cease and desist letter I specified I needed them to provide me with the name and address of the **Original Creditor.**

**Since then I have not received any correspondence from any of the financial institutions listed in this complaint. Ignoring a cease and desist letter may be taken as evidence that the infringement was willful.**

**CITIBANK**

# CEASE AND DESIST

Pursuant to 15 USC 1692c (c). I am notifying you in writing that I refuse to pay this alleged debt from the account(s) listed below.

Account # ending in 3080

Account # ending in 7268

I have listed all my demands below. If I don't see any of the following done I will take legal matters to follow.

***Pursuant to 15 USC 1692c (c) (2)- MAter and I am demanding all of the following:***

Pursuant to 15 USC 1692g (5) Upon the consumer's written request, I am asking that you provide me with the name and address of the **ORIGINAL CREDITOR**, if different from the current creditor.

Pursuant to 15 USC 1602 (v) I'm asking for "material disclosures" as required by The Truth In Lending Act these 3 things:

**Annual Percentage Rate**

**The method of determining the finance charge**

**The balance upon which a finance charge will be imposed.**

Pursuant to 15 USC 1605 I need to know the **amount of the finance charge** in connection with this consumer credit transaction.

Pursuant to 15 USC 1602 (j) make this credit card(s) an open end credit plan (no determined limit).

Zero out any and all balances I have on any and all consumer credit reporting agencies you have furnished this alleged debt to.

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Best regards,

Arturo Michael Amezcua                          Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Citi Bank Legal Services
5800 S. Corporate Place
Sioux Falls, SD, 57108

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6796 1074 6421 34

2. Article Number (Transfer from service label)
021 0350 0000 8512 6439

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



‖‖‖‖‖‖‖ USPS TRACKING # ‖‖‖‖‖‖‖

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6796 1074 6421 34

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua                    CB
7645 El Capitan Way
Buena Park CA 90620

**WELLS FARGO BANK**

# CEASE AND DESIST

Pursuant to 15 USC 1692c (c). I am notifying you in writing that I refuse to pay this alleged debt from the account(s) listed below.

Account # ending in 3242

Account # ending in 6569

I have listed all my demands below. If I don't see any of the following done I will take legal matters to follow.

***Pursuant to 15 USC 1692c (c) (2)- MAter and I am demanding all of the following:***

Pursuant to 15 USC 1692g (5) Upon the consumer's written request, I am asking that you provide me with the name and address of the **ORIGINAL CREDITOR**, if different from the current creditor.

Pursuant to 15 USC 1602 (v) I'm asking for "material disclosures" as required by The Truth In Lending Act these 3 things:

**Annual Percentage Rate**

**The method of determining the finance charge**

**The balance upon which a finance charge will be imposed.**

Pursuant to 15 USC 1605 I need to know the **amount of the finance charge** in connection with this consumer credit transaction.

Pursuant to 15 USC 1602 (j) make this credit card(s) an open end credit plan (no determined limit).

Zero out any and all balances I have on any and all consumer credit reporting agencies you have furnished this alleged debt to.

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Best regards,

Arturo Michael Amezcua                          Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:



Wells Fargo Bank
PO Box 14517
Des Moines, IA, 50306

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 6796 1074 6421 41

2. Article Number (Transfer from service label)

7021 0350 0000 8512 6422

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

9590 9402 6796 1074 6421 41

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

* Sender: Please print your name, address, and ZIP+4® in this box *

Arturo M. Amezcua
7645 El Capitan Way
Buena Park CA 90620

**CREDITONE BANK**

# CEASE AND DESIST

Pursuant to 15 USC 1692c (c). I am notifying you in writing that I refuse to pay this alleged debt from the account(s) listed below.

Account # ending in 2563

Account # ending in _____

I have listed all my demands below. If I don't see any of the following done I will take legal matters to follow.

***Pursuant to 15 USC 1692c (c) (2)- MAter and I am demanding all of the following:***

Pursuant to 15 USC 1692g (5) Upon the consumer's written request, I am asking that you provide me with the name and address of the **ORIGINAL CREDITOR**, if different from the current creditor.

Pursuant to 15 USC 1602 (v) I'm asking for "material disclosures" as required by The Truth In Lending Act these 3 things:

**Annual Percentage Rate**

**The method of determining the finance charge**

**The balance upon which a finance charge will be imposed.**

Pursuant to 15 USC 1605 I need to know the **amount of the finance charge** in connection with this consumer credit transaction.

Pursuant to 15 USC 1602 (j) make this credit card(s) an open end credit plan (no determined limit).

Zero out any and all balances I have on any and all consumer credit reporting agencies you have furnished this alleged debt to.

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Best regards,

_____               $\frac{8}{24}$/$21$

Arturo Michael Amezcua                                    Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

8-30-21

1. Article Addressed to:

Credit One Bank
PO Box 98876
Las Vegas, NV, 89193

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9590 9402 6796 1074 6421 58

2. Article Number (Transfer from service label)

7021 0350 0000 8512 6415

PS Form **3811**, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

USPS TRACKING #

LAS VEGAS NV 890
30 AUG 2021 PM 4 L

9590 9402 6796 1074 6421 58

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua
7645 El Capitan Way
Buena Park CA 90620

**DISCOVER BANK**       # CEASE AND DESIST

Pursuant to 15 USC 1692c (c). I am notifying you in writing that I refuse to pay this alleged debt from the account(s) listed below.

Account # ending in 5963

Account # ending in ⎯⎯⎯⎯⎯

I have listed all my demands below. If I don't see any of the following done I will take legal matters to follow.

***Pursuant to 15 USC 1692c (c) (2)- MAter and I am demanding all of the following:***

Pursuant to 15 USC 1692g (5) Upon the consumer's written request, I am asking that you provide me with the name and address of the **ORIGINAL CREDITOR**, if different from the current creditor.

Pursuant to 15 USC 1602 (v) I'm asking for "material disclosures" as required by The Truth In Lending Act these 3 things:

**Annual Percentage Rate**

**The method of determining the finance charge**

**The balance upon which a finance charge will be imposed.**

Pursuant to 15 USC 1605 I need to know the **amount of the finance charge** in connection with this consumer credit transaction.

Pursuant to 15 USC 1602 (j) make this credit card(s) an open end credit plan (no determined limit).

Zero out any and all balances I have on any and all consumer credit reporting agencies you have furnished this alleged debt to.

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Best regards,

Arturo Michael Amezcua                    Date

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



Discover Bank
Po Box 30943
Salt Lake City, UT, 8418

9590 9402 6796 1074 6421 65

2. Article Number *(Transfer from service label)*

021 0350 0000 8512 6408

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
              ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

SEP 0 2 2021

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 6796 1074 6421 65

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua
7645 El Capitan
Buena Park CA 90620

# EXHIBIT G

From the documents I have attached I am providing proof that **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK**, is in violation of 15 USC 1640 (a) Any creditor who fails to comply with any requirement imposed under The Truth In Lending Act with respect to any person is liable to such person in an amount equal to the sum of any actual damage sustained by such person as a result of the failure; in the case of an individual action **twice the amount of any finance charge in connection with the transaction.**

You can see from the exhibits A and B, I have provided proof where **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK** did not comply with the requirements of The Truth In Lending Act. This is the example I like to give to show that I do not owe these corporations anything pursuant to 15 USC 1605 THE SUM OF ALL CHARGES where it should be the only thing I get charged for UNLESS I show the courts where **CITIBANK, WELLS FARGO BANK, CREDITONE BANK, DISCOVER BANK** has violated me causing an individual action where twice the amount of the finance charge should be paid to me. Here's an example and only an example of how 15 USC 1640 works, lets say the finance charge is $20 and a corporation violates me like they did here, I file a complaint the courts accept it and give me a case number, the corporation now has to pay twice the amount of the finance charge due to congress not specifying if the case would have to be successful or not to get a remedy which would be twice the amount $40 and that would cancel out the debt and the corporation would still owe me $20 after.

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.

Print your name and address on the reverse so that we can return the card to you.

Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CitiBank legal services
5800 s Corporate place
Sioux Falls, SD 57108

9590 9402 5951 0062 3168 57

EJ 908 384 385 US

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  CA R03  C-18
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
CITIBANK    9/14/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 5951 0062 3168 57

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua
7645 El Capitan Way
Buena Park CA 90620

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wells Fargo Bank
Po Box 14517
Des Moines, IA, 50316

9590 9402 5951 0062 3168 64

2. Article Number *(Transfer from service label)*

EJ 908 384 399 US

F Form 3811, July 2015 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #



9590 9402 5951 0062 3168 64

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua
7645 El Capitan Way
Buena Park CA 90620

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

. Article Addressed to:



Credit One Bank
PO Box 98876
Las Vegas, NV 89193

9590 9402 5951 0062 3168 71

EJ 908 384 408 US

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
9/16/21

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

S Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

9590 9402 5951 0062 3168 71

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua
7645 El Capitan Way
Buena Park CA 90620

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

. Article Addressed to:



Discover Bank
PoBox 30943
Salt Lake City, UT, 84130

9590 9402 5951 0062 3168 88

EJ 908 384 411 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

S Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 5951 0062 3168 88

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Artro M Amezua
7645 El Capitan Way
Buena Park CA 90620

THIS PAGE INTENTIONALLY  LEFT BLANK

**CITIBANK**

# Opportunity To Cure

9/13/2021

Account Ending: 3080

Account Ending: 7268

Attn: Legal Department

I'm sending this opportunity to cure with an Affidavit of Truth to you via certified mail. If you feel I am not stating facts, a rebuttal should be considered on your part due to the fact that an unrebutted affidavit of truth stands true in court. I am well versed with consumer law and know I have been violated more than once. I will be representing myself as the consumer, natural person, original creditor, lendor, executer, administrator and holder. I have recently sent a Cease and Desist Letter where I invoked my specified remedies including a validation of Debt letter which has not been validated correctly pursuant to 15 USC 1692g there are **5 parts** to validate a debt and the last one being a statement that, upon the consumer's written request the debt collector will provide the consumer with the name and address of the ORIGINAL CREDITOR, we both know that I am the Original Creditor due to the fact that I originated this transaction by extending you credit, my application was my extension. I have found several violations in Truth In Lending alone, remember pursuant to 15 USC 1611 whoever willfully and knowingly gives false or inaccurate information or fails to provide information which he is required to disclose under truth in lending shall be fined not more than $5,000 or IMPRISONED not more than one year, or both. As my demands state in my cease and desist letter I'm asking that you zero out the balance(s) from all credit reporting agencies, pay the invoice that is attached, make all credit card(s) I have with you open ended. Hope to hear from you very soon.

Kind regards,

Arturo Michael Amezcua

657-377-7873

**Arturo Amezcua**
7645 El Capitan Way Buena Park CA 90620

# INVOICE

# 001

Bill To:
**CITI BANK**

| | |
|---|---|
| Date: | Sep 13, 2021 |
| Payment Terms: | Pay via check |
| Due Date: | Sep 17, 2021 |
| PO Number: | 100 |
| **Balance Due:** | **$14,000.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Federally Protected consumer rights violation under 15 USC** 1602 (v) | 2 | $1,000.00 | $2,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1605 (a) | 2 | $1,000.00 | $2,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692e (2) (a) | 2 | $1,000.00 | $2,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692e (10) | 2 | $1,000.00 | $2,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692g (5) | 2 | $1,000.00 | $2,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692c (c) | 2 | $1,000.00 | $2,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1640 (a) | 2 | $1,000.00 | $2,000.00 |

| | |
|---|---|
| Total: | $14,000.00 |

Notes:

I HAVE BEEN VIOLATED WITH 2 ACCOUNTS I HAVE OPEN WITH CITIBANK

**WELLS FARGO BANK**

# Opportunity To Cure

9/13/2021

Account Ending: 3242

Account Ending: 6569

Attn: Legal Department

I'm sending this opportunity to cure with an Affidavit of Truth to you via certified mail. If you feel I am not stating facts, a rebuttal should be considered on your part due to the fact that an unrebutted affidavit of truth stands true in court. I am well versed with consumer law and know I have been violated more than once. I will be representing myself as the consumer, natural person, original creditor, lendor, executer, administrator and holder. I have recently sent a Cease and Desist Letter where I invoked my specified remedies including a validation of Debt letter which has not been validated correctly pursuant to 15 USC 1692g there are **5 parts** to validate a debt and the last one being a statement that, upon the consumer's written request the debt collector will provide the consumer with the name and address of the ORIGINAL CREDITOR, we both know that I am the Original Creditor due to the fact that I originated this transaction by extending you credit, my application was my extension. I have found several violations in Truth In Lending alone, remember pursuant to 15 USC 1611 whoever willfully and knowingly gives false or inaccurate information or fails to provide information which he is required to disclose under truth in lending shall be fined not more than $5,000 or IMPRISONED not more than one year, or both. As my demands state in my cease and desist letter I'm asking that you zero out the balance(s) from all credit reporting agencies, pay the invoice that is attached, make all credit card(s) I have with you open ended. Hope to hear from you very soon.

Kind regards,

Arturo Michael Amezcua

657-377-7873

**Arturo Amezcua**
7645 El Capitan Way Buena Park CA 90620

# INVOICE

# 001

Bill To:

**WELLS FARGO BANK**

| | |
|---|---|
| Date: | Sep 13, 2021 |
| Payment Terms: | Pay via check |
| Due Date: | Sep 17, 2021 |
| PO Number: | 100 |
| **Balance Due:** | **$14,000.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Federally Protected consumer rights violation under 15 USC** 1602 (v) | 2 | $1,000.00 | $2,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1605 (a) | 2 | $1,000.00 | $2,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692e (2) (a) | 2 | $1,000.00 | $2,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692e (10) | 2 | $1,000.00 | $2,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692g (5) | 2 | $1,000.00 | $2,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692c (c) | 2 | $1,000.00 | $2,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1640 (a) | 2 | $1,000.00 | $2,000.00 |

| | | | |
|---|---|---|---|
| | | Total: | $14,000.00 |

Notes:

I HAVE BEEN VIOLATED WITH 2 ACCOUNTS I HAVE OPENED UP WITH WELLS FARGO BANK



# Opportunity To Cure

9/13/2021

Account Ending: 2563

Account Ending: _____

Attn: Legal Department

I'm sending this opportunity to cure with an Affidavit of Truth to you via certified mail. If you feel I am not stating facts, a rebuttal should be considered on your part due to the fact that an unrebutted affidavit of truth stands true in court. I am well versed with consumer law and know I have been violated more than once. I will be representing myself as the consumer, natural person, original creditor, lendor, executer, administrator and holder. I have recently sent a Cease and Desist Letter where I invoked my specified remedies including a validation of Debt letter which has not been validated correctly pursuant to 15 USC 1692g there are **5 parts** to validate a debt and the last one being a statement that, upon the consumer's written request the debt collector will provide the consumer with the name and address of the ORIGINAL CREDITOR, we both know that I am the Original Creditor due to the fact that I originated this transaction by extending you credit, my application was my extension. I have found several violations in Truth In Lending alone, remember pursuant to 15 USC 1611 whoever willfully and knowingly gives false or inaccurate information or fails to provide information which he is required to disclose under truth in lending shall be fined not more than $5,000 or IMPRISONED not more than one year, or both. As my demands state in my cease and desist letter I'm asking that you zero out the balance(s) from all credit reporting agencies, pay the invoice that is attached, make all credit card(s) I have with you open ended. Hope to hear from you very soon.

Kind regards,

Arturo Michael Amezcua

657-377-7873

**Arturo Amezcua**
7645 El Capitan Way Buena Park CA 90620

# INVOICE
# 001

Bill To:
**CREDITONE BANK**

| | |
|---|---|
| Date: | Sep 13, 2021 |
| Payment Terms: | Pay via check |
| Due Date: | Sep 17, 2021 |
| PO Number: | 100 |
| **Balance Due:** | **$7,000.00** |

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Federally Protected consumer rights violation under 15 USC** 1602 (v) | 1 | $1,000.00 | $1,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1605 (a) | 1 | $1,000.00 | $1,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692e (2) (a) | 1 | $1,000.00 | $1,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692e (10) | 1 | $1,000.00 | $1,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692g (5) | 1 | $1,000.00 | $1,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692c (c) | 1 | $1,000.00 | $1,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1640 (a) | 1 | $1,000.00 | $1,000.00 |

| | | Total: | $7,000.00 |
|---|---|---|---|

**DISCOVER BANK**                    Opportunity To Cure

9/13/2021
Account Ending: 5963
Account Ending: _____
Attn: Legal Department
I'm sending this opportunity to cure with an Affidavit of Truth to you via certified
mail. If you feel I am not stating facts, a rebuttal should be considered on your part
due to the fact that an unrebutted affidavit of truth stands true in court. I am well
versed with consumer law and know I have been violated more than once. I will be
representing myself as the consumer, natural person, original creditor, lendor,
executer, administrator and holder. I have recently sent a Cease and Desist Letter
where I invoked my specified remedies including a validation of Debt letter which
has not been validated correctly pursuant to 15 USC 1692g there are **5 parts** to
validate a debt and the last one being a statement that, upon the consumer's written
request the debt collector will provide the consumer with the name and address of
the ORIGINAL CREDITOR, we both know that I am the Original Creditor due to
the fact that I originated this transaction by extending you credit, my application
was my extension. I have found several violations in Truth In Lending alone,
remember pursuant to 15 USC 1611 whoever willfully and knowingly gives false
or inaccurate information or fails to provide information which he is required to
disclose under truth in lending shall be fined not more than $5,000 or
IMPRISONED not more than one year, or both. As my demands state in my cease
and desist letter I'm asking that you zero out the balance(s) from all credit reporting
agencies, pay the invoice that is attached, make all credit card(s) I have with you
open ended. Hope to hear from you very soon.
Kind regards,
Arturo Michael Amezcua
657-377-7873

**Arturo Amezcua**
7645 El Capitan Way Buena Park CA 90620

# INVOICE

# 001

| | |
|---|---|
| Date: | Sep 13, 2021 |
| Payment Terms: | Pay via check |
| Due Date: | Sep 17, 2021 |
| PO Number: | 100 |
| **Balance Due:** | **$7,000.00** |

Bill To:
**DISCOVER BANK**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Federally Protected consumer rights violation under 15 USC** 1602 (v) | 1 | $1,000.00 | $1,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1605 (a) | 1 | $1,000.00 | $1,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692e (2) (a) | 1 | $1,000.00 | $1,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692e (10) | 1 | $1,000.00 | $1,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692g (5) | 1 | $1,000.00 | $1,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1692c (c) | 1 | $1,000.00 | $1,000.00 |
| **Federally Protected consumer rights violation under 15 USC** 1640 (a) | 1 | $1,000.00 | $1,000.00 |

| | |
|---|---|
| Total: | $7,000.00 |

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Citi Bank legal Services
5800 S corporate place
Sioux Falls, SD 57108

9590 9402 5951 0062 3168 57

2. Article Number (Transfer from service label)
EJ 908 384 385 US

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  GA ROBI C.19         ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   CITIBANC                          9/14/21

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 5951 0062 3168 57

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua
7645 El Capitan Way
Buena Park CA 90620

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



Wells Fargo Bank
Po Box 14517
Des Moines, IA, 50316

9590 9402 5951 0062 3168 64

2. Article Number (Transfer from service label)

EJ 908 384 399 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X 
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

USPS TRACKING #

9590 9402 5951 0062 3168 64

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua
7645 El Capitan Way
Buena Park CA 90620

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Credit One Bank

PO Box 98876

Las Vegas, NV, 89193



9590 9402 5951 0062 3168 71

EJ 908 384 408 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
9/16:21

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

S Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

---

USPS TRACKING #

9590 9402 5951 0062 3168 71

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Arturo M. Amezcua

7645 El Capitan Way

Buena Park CA 90620

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

. Article Addressed to:



Discover Bank
Po Box 30943
Salt Lake City, UT, 84130

9590 9402 5951 0062 3168 88

EJ 908 384 411 US

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

S Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

USPS TRACKING #

9590 9402 5951 0062 3168 88

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Artro M. Amezua
7645 El Capitan Way
Buena Park CA 90620



**UNITED STATES POSTAL SERVICE®**

# PRIORITY MAIL

## FOR DOMESTIC AND INTERNATIONAL USE
### PLACE MAILING LABEL HERE

**PRIORITY MAIL EXPRESS®**

FROM: (PLEASE PRINT)

Arturo M. Amezcua
7645 El capitan way
Buena Park, CA, 90620

TO: (PLEASE PRINT)

Ronald Reagan Federal Building Courthouse
411 West 4th st Room 1053
Santa Ana, CA,

92701-4516

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT - 5 2021

EI 127 354 451 US

PO ZIP Code: 90620
Date Accepted (MM/DD/YY): 10/4
Scheduled Delivery Date (MM/DD/YY): 10/5
Time Accepted: 1:52 PM
Weight: 1 lb 4 oz
Postage: $27.10
Return Receipt Fee: $3.05
Total Postage & Fees: $30.15

est.

FPO/DPO, and select International .com for complete details. s only.

RECEIVED
CLERK, U.S. DISTRICT COURT

OCT - 5 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DECLARATION LABEL MAY BE REQUIRED.

← PEEL FROM THIS CORNER

■ For pickup or USPS Tracking™ visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

ZIP+4® (U.S. ADDRESSES ONLY)